UNITED STATES, RESPONDENT, *v.* CHURCH COAL LANDS AND ANGUS M. CANNON, TRUSTEE, APPELLANT.

[For points decided see *United States* v. *Tithing Yard, ante.*]

Some counsel as in case before.

SMITH, J.:

The church first obtained an interest in the lands proceeded against in this case on April 3, 1880, as shown by

the findings of fact, and not disputed. In accordance with the opinion of *U. S.* v. *Tithing Yard, ante,* 34 Pac. Rep. 55 the judgment of the district court, declaring the land proceeded against herein escheated to the United States, is affirmed.

MINER, J., and BARTCH, J., concurred.

[For points decided, see *United States* v. *Tithing Yard, ante.*]